Daniel S. Morgan
MORGAN LAW OFFICES
P.O. Box 7638
Missoula, MT 59807-7638
Phone: (406) 721-4475
Email: dan@morganlawmt.com
State Bar of Montana ID No. 3934
*(Attorney for Debtor)*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>**MICHAEL GLENN STRANG,**<br><br>Debtor. | Case No. **2:24-bk-20030-BPH**<br><br>**MOTION OF DEBTOR TO DISMISS** |
|---|---|

COMES NOW the Debtor, Michael Strang, by and through counsel of record, and pursuant to 11 U.S.C. § 1307(b) and to Rule 1017(f)(2), Fed. R. Bankr. P., respectfully moves the Court to dismiss the above-entitled case. The grounds for this Motion are as follows:

1. Pursuant to 11 U.S.C. § 1307(b), a Debtor may request dismissal of a Chapter 13 case at any time, if the case has not been previously converted under any other code section. *In re Nichols,* 10 F.4th 956, 963 (9th Cir. 2021);

2. This case has not been previously converted and there are no pending Motions to Dismiss or Convert;

3. Once the Court receives a request to dismiss from a Chapter 13 debtor in a case which has not previously been converted, the Court is "required to dismiss [the] Chapter 13 case without further inquiry." *In re Powell*, 119 F.4th 597, 606 (9th Cir. 2024)

Page 1 of 2

WHEREFORE, the Debtor, Michael Strang, respectfully requests that the Court enter its

Order immediately dismissing this case.

DATED this 25th day of March, 2025.

MORGAN LAW OFFICES


 */s/ Daniel S. Morgan*
Daniel S. Morgan
Attorney for Debtor